**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 28, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re:  
John A Guffey  
Debtor(s)

Chapter 13

Case No. 19-50330 G

ORDER CONFIRMING THE DEBTOR'S CHAPTER 13 PLAN

A hearing having been held pursuant to 11 U.S.C. §1324, no timely objection to confirmation having been filed, the Trustee having recommended confirmation;

**IT IS ORDERED THAT:**

1. The Plan as filed on May 01, 2019 is confirmed, except as to the following modifications:

   The Plan as currently proposed pays a 100% dividend to unsecured claims. The Debtor(s) shall not seek modification of the Plan unless said modification also pays a 100% dividend to unsecured claims. Additionally, should this Plan ever fail to pay a 100% dividend to unsecured claims, the Debtor(s) will modify the Plan to continue paying a 100% dividend. If the Plan fails to pay all allowed claims in full, the Debtor(s) will not receive a discharge in this case.

   The amount of non-exempt assets is $3,150.00.

2. The Plan, as confirmed, may be extended to 60 months for cause shown if the applicable commitment period is 36 months.

3. Allowance of Attorney Fees: DOROTHY BUTLER LAW FIRM has requested fees of $3,600.00 of which $2,250.00 was paid to Counsel prior to filing the petition. The balance of $1,350.00 shall be paid by the Trustee pursuant to the Plan.

###

Prepared By:
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328